UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON COX,

          Plaintiff,

v.

DAN PACHOLKE, et al.,

          Defendants.

CASE NO. C12-5421BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's motion for preliminary injunction (Dkt. 6) is hereby stricken.

Dated this 17th day of July, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER